# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 20-120-BLG-SPW** |
| Plaintiff, | **ORDER** |
| vs. | |
| **REUBEN CHARLES BLACKWOLF,** | |
| Defendant. | |

Upon the United States' Unopposed Motion to Dismiss Indictment (Doc. 29) against the defendant, and for good cause shown,

**IT IS HEREBY ORDERED** that the Indictment in this case is hereby **DISMISSED without prejudice.**

**IT IS FURTHER ORDERED** that the trial in this matter presently set for Monday, March 15, 2021 at 9:00 a.m. is **VACATED.**

**IT IS FURTHER ORDERED** that the Defendant, Reuben Charles Blackwolf be released from the custody of the U.S. Marshals Service as of the date of this Order.

1

The Clerk of Court is directed to notify counsel and the U.S. Marshals Service of the entry of this Order.

DATED this 1st day of February, 2021.

_____
SUSAN P. WATTERS
United States District Judge